# United States Court of Appeals

## For the Eighth Circuit

_____

No. 21-3434

_____

Christopher Thornsberry

*Plaintiff - Appellant*

v.

Gary Kerstein, Doctor/Provider, ADC and WellPath; Terri Moody; Tracy Bennett,
Doctor/Provider or APN, ADC and WellPath; Anthony Jackson, Deputy Warden,
Eastern Arkansas Regional Unit/ ADC; Morieon Kelly, Captain; Benjamin R.
Woodard, Sergeant

*Defendants - Appellees*

Jeffrey Stieve

*Defendant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Delta

_____

Submitted: April 27, 2022
Filed: April 29, 2022
[Unpublished]

_____

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas inmate Christopher Thornsberry appeals after the district court's[1] adverse grant of summary judgment for failure to exhaust administrative remedies. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. See Townsend v. Murphy, 898 F.3d 780, 783 (8th Cir. 2018) (reviewing de novo grant of summary judgment based on failure to exhaust). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny the pending motions for oral argument and to dismiss the appeal.

—————————————————————————

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Edie R. Ervin, United States Magistrate Judge for the Eastern District of Arkansas.